# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEYENNE RIVER SIOUX TRIBE, | |
| Plaintiff, | |
| v. | Civil Action No. 1:20-cv-01709 (CKK) |
| DONALD J. TRUMP, *in his official capacity as President of the United States, et al.*, | |
| Defendants. | |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants respectfully move pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss Plaintiff's Complaint. The basis for this motion is set forth in the attached Memorandum of Points and Authorities. A proposed order is submitted herewith.

Dated: September 8, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIC WOMACK
Assistant Branch Director

  /s/ *Kathryn C. Davis*
KATHRYN C. DAVIS (D.C. Bar No. 985055)
Senior Trial Counsel
ANTONIA KONKOLY
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
T: (202) 616-8298

F: (202) 616-8470
Kathryn.C.Davis@usdoj.gov

*Counsel for Defendants*