IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEYENNE RIVER SIOUX TRIBE<br><br>                      Plaintiff,<br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as PRESIDENT OF THE UNITED STATES, et al.[1]<br><br>                      Defendants. | Case No.: 1:20-cv-01709 (CKK)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, the Cheyenne River Sioux Tribe, by and through its undersigned counsel of record, does hereby give notice that the above-captioned action is voluntarily dismissed without prejudice.

Respectfully submitted this 15th of July 2022,

                                            BIG FIRE LAW AND POLICY GROUP LLP

                                            /s/ *Rose M. Weckenmann*
                                            Nicole E. Ducheneaux (DC Bar No. NE001)
                                            Rose M. Weckenmann (*pro hac vice*)
                                            Big Fire Law and Policy Group LLP
                                            1404 South Fort Crook Road
                                            Bellevue, NE 68005
                                            Telephone: (531) 466-8725
                                            Facsimile: (531) 466-8792
                                            Email: nducheneaux@bigfirelaw.com
                                            Email: rweckenmann@bigfirelaw.com

                                            *Counsel for Plaintiff*

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Joseph R. Biden is substituted for former President Donald J. Trump.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 15th day of July 2022 a copy of the foregoing was filed electronically with the Clerk of the Court.  The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

          /s/ *Rose M. Weckenmann*