**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

CHEYENNE RIVER SIOUX TRIBE,
      Plaintiff,

      v.

JOSEPH R. BIDEN, *et al.*,
      Defendants.

Civil Action No. 20-1709 (CKK)

---

**ORDER**
(July 15, 2022)

In light of the Plaintiff's [45] Notice of Voluntary Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is, this 15th day of July, 2022, hereby

    **ORDERED** that this case is **DISMISSED without prejudice**.

    **SO ORDERED.**

                                 /s/
                                 COLLEEN KOLLAR-KOTELLY
                                 United States District Judge